Tiffany Chiu
Legal Intern
Susan St. Vincent
Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California 95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Docket 6:12-cr-00001-MJS |
| | ) | |
| Plaintiff, | ) | DISMISSAL; AND |
| | ) | ORDER THEREON |
| v. | ) | |
| | ) | |
| JOHN FRANCIS BARONA, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Rule 48 of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States hereby moves the Court for an order of dismissal without prejudice of Count 6 of the Criminal Complaint (driving a motor vehicle when driving privilege has been suspended). All other matters in the Criminal Complaint have been previously adjudicated.

Dated: July 24, 2011    .

/s/ Tiffany Chiu
Tiffany Chiu
Legal Intern

**ORDER**

IT IS SO ORDERED.

Dated:   July 25, 2012         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

1